**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Norvel Lee WOODSON, a/k/a Woody,**
**Defendant–Appellant.**

**No. 15–8013**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2016

Decided: May 31, 2016

Norvel Lee Woodson, Appellant Pro Se. Gary L. Call, John J. Frail, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norvel Lee Woodson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Woodson, No. 5:09–cr–00191–1 (S.D. W. Va. Dec. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore this court and argument would not aid the decisional process.

AFFIRMED